164 A.3d 392

COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, RESPONDENT, v. NEW JERSEY CIVIL SERVICE COMMISSION, PETITIONER. AND OTHER RELATED CASES.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4912–13 and A–3041–14 and A–230/232/274/275–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.